1

2

3

4

FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )

12                      Plaintiff,        )   CASE NO. CR 02-01004-R

13              v.                        )   ORDER [OF DETENTION] [SETTING
                                          )   CONDITIONS OF RELEASE] AFTER
14  DURAND BANNER                         )   HEARING (18 U.S.C. § 3148(b):
                                          )   (Allegations of Violation of Pretrial
15                      Defendant.        )   Conditions of Release)
                                          )
16  _____     )

17                              A.

18      On motion of the Government involving an alleged violation of conditions of

19  pretrial release, and warrant for arrest,

20                              B.

21      The Court finds there is:

22  (1)

23      (A)   (✓)   Probable cause to believe that the defendant has committed a

24                  Federal, State, or local crime while on release and /or

25      (B)   ( )   Clear and convincing evidence that the defendant has violated

26                  any other condition of release; and

27

28

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

(2)

    (A)  ( ✓ )  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( ✓ )  The defendant is unlikely to abide by any condition or combination of conditions of release.

(3)      ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

OR

(4)      ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other or the community, and that the defendant will abide by such conditions. <u>See</u>, separate Order setting conditions.

        ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the assigned district judge or criminal duty district judge as appropriate.

OR

C.

      ( ✓ )  IT IS ORDERED defendant be detained prior to trial.

DATED: March 18, 2009

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
United States Magistrate Judge

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)